No. 80–1690. AMERICAN MEDICAL ASSN. ET AL. *v.* FEDERAL TRADE COMMISSION, 455 U. S. 676. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

MAY 17, 1982

No. 81–1733. DREDGE GENERAL G. L. GILLESPIE ET AL. *v.* MERCHANTS NATIONAL BANK OF MOBILE ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

No. 81–1066. BANCO DE CREDITO RURAL ARGENTINO, S.A. *v.* BANQUE ARABE ET INTERNATIONALE D'INVESTISSEMENT. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed under this Court's Rule 53.

No. 81–1731. SCHATZLE *v.* KIRKPATRICK, SECRETARY OF STATE OF MISSOURI, ET AL. Affirmed on appeal from D. C. W. D. Mo.

JUSTICE REHNQUIST, concurring.

Appellant in this case requests that we overrule *Kirkpatrick* v. *Preisler*, 394 U. S. 526 (1969). But here the District Court did not invalidate a reapportionment plan duly adopted by the state legislature; it merely adopted a plan of its own when the legislature was unable to reach agreement. This case, therefore, does not require that we address appellant's suggestion respecting *Kirkpatrick* v. *Preisler, supra.*

No. 81–1770. ORWOLL ET AL. *v.* LaCOMB ET AL. Affirmed on appeal from D. C. Minn. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. JUSTICE BLACKMUN took no part in the consideration or decision of this case.